# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| -vs- ) | |
| ) | **ORDER FOR DELIVERY** |
| 184,378 SQUARE FEET OF LAND IN ) | **OF POSSESSION** |
| CITY OF PORTAL, BURKE COUNTY, ) | |
| NORTH DAKOTA; CITY OF PORTAL, ) | Case No. 4:07-cv-26 |
| NORTH DAKOTA; and UNKNOWN ) | |
| OTHERS, ) | |
| Defendants. ) | |

Upon motion of the United States for an Order seeking the surrender of possession of the property described in the Complaint in Condemnation and Notice of Condemnation filed in this action, and it appearing to the Court that the United States is entitled to possession of the property,

**IT IS ADJUDGED** that all defendants to this action and all persons in possession or control of the property described in the Complaint in Condemnation and Notice of Condemnation shall surrender possession of the described property to the extent of the estate being condemned to the United States immediately, provided that a copy of this Order shall be served upon all persons in possession or control of the property immediately.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court

Dockets.Justia.com