# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | **ORDER GRANTING PLAINTIFF'S** |
| | ) | **MOTION TO DISMISS DEFENDANTS** |
| Plaintiff, | ) | **NORTH DAKOTA STATE TAX** |
| | ) | **COMMISSIONER, BURKE COUNTY** |
| vs. | ) | **DIRECTOR OF TAX EQUALIZATION** |
| | ) | **AND MONTANA-DAKOTA UTILITIES** |
| 184,378 Square Feet of Land in | ) | **CO.** |
| City of Portal, Burke County, | ) | |
| North Dakota; et al., | ) | |
| | ) | Case No. 4:07-cv-026 |
| Defendants. | ) | |

Before the Court is the plaintiff's "Motion to Dismiss Defendants North Dakota State Tax Commissioner, Burke County Director of Tax Equalization, and Montana-Dakota Utilities Co." filed on August 19, 2009.

The Court **GRANTS** the motion (Docket No. 19). Defendants North Dakota State Tax Commissioner, Burke County Director of Tax Equalization, and Montana-Dakota Utilities Co., are dismissed from the above-entitled action with prejudice and without costs to any party.

Dated this 24th day of August, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court